**Sheppard**Mullin

```
┌────────────────────────────────────┐
│ USDC SDNY                          │
│ DOCUMENT                           │
│ ELECTRONICALLY FILED               │
│ DOC #:_____      │
│ DATE FILED:  6/30/2023             │
└────────────────────────────────────┘
```

bmurphy@sheppardmullin.com

June 29, 2023

<u>**VIA ECF**</u>

Hon. Victor Marrero
United States District Judge
U.S.D.C. for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Urena v. Sonder USA Inc.* - No. 22-CV-7736

Dear Judge Marrero:

        We represent Sonder USA Inc. ("Sonder") in the above-referenced matter.    In accordance with the Court's June 23, 2023 Order, the Parties have conferred and propose the following briefing schedule for Sonder's Motion to Dismiss:

-        July 21, 2023: Moving Papers;
-        August 4, 2023: Opposition Papers;
-        August 11, 2023: Reply Papers.

        We thank the Court for its attention to this matter.

                                Respectfully submitted,

                                /s/ Brian D. Murphy

                                Brian D. Murphy
                                for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Cc: Counsel for All Parties



Request **GRANTED.** The Court hereby approves the briefing schedule on Defendant's motion to dismiss, as proposed above.

**SO ORDERED.**

6/30/2023
DATE                    VICTOR MARRERO, U.S.D.J.